UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER STUART, )<br>   Plaintiff, )<br>)<br>-v- )<br>)<br>LIFE INSURANCE COMPANY OF )<br>  NORTH AMERICA, )<br>   Defendant. )<br>_____) | No. 1:13-cv-394<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant's motion to affirm the administrative decision (ECF No. 20) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 11, 2014            /s/ Paul L. Maloney
                         Paul L. Maloney
                         Chief United States District Judge